## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OZZIE PICKETT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 07-341-WDS** |
| | ) | |
| JAY MERCHANT, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Plaintiff Ozzie Pickett filed this action in the United States District Court for the Central District of Illinois. *See Pickett v. Merchant*, Case No. 07-cv-1041-HAB (C.D. Ill., filed Feb. 22, 2007). In an order entered March 30, 2007, the Honorable Harold A. Baker revoked Plaintiff's pauper status, directed him to pay the $350 filing fee within 14 days, and also ordered the action transferred to this District. *Id.* at Doc. 13. Instead of paying the filing fee, Plaintiff filed a motion challenging Judge Baker's order (*id.* at Doc. 16). On June 24, 2007, this Court entered an order denying that motion and directing Plaintiff to pay the full filing fee of $350 for this action within 14 days. No payment has been received to date, and that 14-day period has long since expired.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice for failure to pay the filing fee, and for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED: September 5, 2007.**

s/ **WILLIAM D. STIEHL**
**DISTRICT JUDGE**